```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 15418
   WILLIAM J PICMAN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4218

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/22/2006 and was confirmed 02/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
REAL TIME RESOLUTIONS IN  CURRENT MORTG          .00             .00            .00
REAL TIME RESOLUTIONS IN  MORTGAGE ARRE      2188.89             .00         194.41
LITTON LOAN SERVICING     CURRENT MORTG          .00             .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE     24451.70             .00        6015.85
LITTON LOAN SERVICING     NOTICE ONLY      NOT FILED             .00            .00
ADVENTIST LAGRANGE MEMOR  UNSECURED        NOT FILED             .00            .00
LA GRANGE MEMORIA         NOTICE ONLY      NOT FILED             .00            .00
CAPITAL ONE               UNSECURED        NOT FILED             .00            .00
CHARTER ONE BANK          UNSECURED        NOT FILED             .00            .00
ASPIRE                    UNSECURED           614.35             .00            .00
COMMONWEALTH EDISON       UNSECURED          4405.67             .00            .00
DEPENDON COLLECTION SE    UNSECURED        NOT FILED             .00            .00
DR MARY PITARO            UNSECURED        NOT FILED             .00            .00
EMERGENCY PHYSICIANS LAG  UNSECURED        NOT FILED             .00            .00
IC SYSTEMS                UNSECURED        NOT FILED             .00            .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED             .00            .00
KCA FINANCIAL SVCS        NOTICE ONLY      NOT FILED             .00            .00
LOYOLA UNIVERSITY PHYSIC  UNSECURED           265.00             .00            .00
MERCHANTS CREDIT GUIDE C  UNSECURED        NOT FILED             .00            .00
NICOR GAS                 UNSECURED        NOT FILED             .00            .00
PRIMARY HEALTH ASSOC      UNSECURED        NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          2536.94             .00            .00
PROVIDIAN FINANCIAL       NOTICE ONLY      NOT FILED             .00            .00
RMI/MCSI                  UNSECURED          1000.00             .00            .00
RMI/MCSI                  NOTICE ONLY      NOT FILED             .00            .00
STATE COLLECTION SERVICE  UNSECURED        NOT FILED             .00            .00
UNIVERSITY NEUROLOGISTS   UNSECURED        NOT FILED             .00            .00
MERCHANTS CREDIT GUIDE C  NOTICE ONLY      NOT FILED             .00            .00
MARILYN A PICMAN          NOTICE ONLY      NOT FILED             .00            .00
MARILYN A PICMAN          NOTICE ONLY      NOT FILED             .00            .00
DANIEL J WINTER           DEBTOR ATTY        2,256.00                       1,256.00
TOM VAUGHN                TRUSTEE                                             485.04
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 15418 WILLIAM J PICMAN

```
DEBTOR REFUND            REFUND                                    858.70

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 8,810.00

PRIORITY                                              .00
SECURED                                          6,210.26
UNSECURED                                             .00
ADMINISTRATIVE                                   1,256.00
TRUSTEE COMPENSATION                               485.04
DEBTOR REFUND                                      858.70
                        ---------------    ---------------
TOTALS                  8,810.00                 8,810.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 05/23/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE

                           PAGE   2
       CASE NO. 06 B 15418 WILLIAM J PICMAN